# UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
DULUTH DIVISION

In re:  ALLEN JAY SCHLIEN  
       LORI DEE SCHLIEN  
       Debtor(s)

Case No.: 08-51026-RJK

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

KYLE L CARLSON, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  10/22/2008.
2) The plan was confirmed on  01/26/2009.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  09/01/2009, 07/21/2011, 07/18/2012, 03/06/2013.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  10/26/2009.
5) The case was completed on  11/25/2013.
6) Number of months from filing or conversion to last payment:  61.
7) Number of months case was pending:  63.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  24,226.10.
10) Amount of unsecured claims discharged without full payment:  98,590.08.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | |
|---|---|
| Total paid by or on behalf of the debtor: | $23,322.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $23,322.00 |

**Expenses of Administration:**
| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $3,774.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $1,587.06 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $5,361.06 |

Attorney fees paid and disclosed by debtor:  $276.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AAA FINANCIAL SERVICES | Unsecured | 10,834.19 | NA | NA | .00 | .00 |
| ANESTHESIA ASSOCIATES OF ST CLOU | Unsecured | NA | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERVICES LLC | Unsecured | 602.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | Unsecured | 12,425.00 | 12,454.85 | 12,454.85 | 24.17 | .00 |
| ASSET ACCEPTANCE LLC | Unsecured | 12,366.00 | 12,410.15 | 12,410.15 | 24.18 | .00 |
| ASSET ACCEPTANCE LLC | Unsecured | 5,133.00 | 5,167.03 | 5,167.03 | 10.08 | .00 |
| ASSET ACCEPTANCE LLC | Unsecured | 504.00 | 505.96 | 505.96 | .99 | .00 |
| AT&T | Unsecured | 90.00 | NA | NA | .00 | .00 |
| ATLANTIC CREDIT AND FINANCE  INC. | Unsecured | 2,687.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | Unsecured | 3,184.19 | NA | NA | .00 | .00 |
| BENTON COUNTY AUD-TREASURER | Priority | 1,392.00 | NA | NA | .00 | .00 |
| CAREMARK | Unsecured | 400.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
DULUTH DIVISION

In re: ALLEN JAY SCHLIEN  
      LORI DEE SCHLIEN  
      Debtor(s)

Case No.: 08-51026-RJK

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CENTRACARE CLINIC | Unsecured | NA | 70.00 | 70.00 | .16 | .00 |
| CENTRAL MN NEUROSCIENCES LTD | Unsecured | NA | NA | NA | .00 | .00 |
| CITICARDS | Unsecured | 626.67 | NA | NA | .00 | .00 |
| CITICORP CREDIT SERVICES INC | Unsecured | 2,335.00 | NA | NA | .00 | .00 |
| COLLECTION CONSULTANTS | Unsecured | 194.00 | NA | NA | .00 | .00 |
| COLLECTION RESOURCES | Unsecured | 134.27 | NA | NA | .00 | .00 |
| CRB - COLLECTION & RECOVERY BURE | Unsecured | 837.00 | 404.96 | 404.96 | .81 | .00 |
| CREDIT COLLECTION SERVICES | Unsecured | 76.00 | NA | NA | .00 | .00 |
| CREDITORS BANKRUPCTY SERVICES | Unsecured | 323.00 | 323.90 | 323.90 | .65 | .00 |
| DFS - DISCOVER FINANCIAL SERVICES | Unsecured | 7,087.00 | 7,087.06 | 7,087.06 | 13.83 | .00 |
| ECOWATER SYSTEMS | Unsecured | 444.89 | NA | NA | .00 | .00 |
| EYE SURGEONS & PHYSICIANS PA | Unsecured | NA | NA | NA | .00 | .00 |
| FIGI'S INC | Unsecured | 76.00 | 76.96 | 76.96 | .17 | .00 |
| FOCUS MGMT | Unsecured | 264.00 | NA | NA | .00 | .00 |
| GEMB - GE MONEY BANK | Unsecured | 656.40 | NA | NA | .00 | .00 |
| GOGGINS & LAVINTMAN P.A. | Unsecured | 159.11 | NA | NA | .00 | .00 |
| GREAT RIVER FEDERAL CREDIT UNION | Unsecured | 369.00 | 270.82 | 270.82 | .55 | .00 |
| HEALTH PARTNERS CENTRAL MN CLIN | Unsecured | 60.00 | NA | NA | .00 | .00 |
| HEARTLAND FOUR WHEEL DRIVE | Unsecured | 340.00 | NA | NA | .00 | .00 |
| HERBERGERS | Unsecured | 408.78 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 5,268.50 | 4,390.90 | 4,390.90 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 877.60 | 877.60 | .00 | .00 |
| JAMES I ROBERTS ESQ | Unsecured | 398.93 | 460.93 | 460.93 | .91 | .00 |
| JAMES I ROBERTS ESQ | Unsecured | NA | 104.27 | 104.27 | .22 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,098.00 | 626.67 | 626.67 | 1.23 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 693.89 | 472.46 | 472.46 | .94 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 998.00 | 998.44 | 998.44 | 1.95 | .00 |
| KINESIS PHYSICAL THERAPY | Unsecured | NA | NA | NA | .00 | .00 |
| MIDWEST COLLECTION SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| MINSER CHIROPRACTIC | Unsecured | NA | 336.93 | 336.93 | .67 | .00 |
| MN DEPT OF REVENUE | Priority | NA | 2,671.04 | 2,671.04 | 2,671.04 | .00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | NA | NA | NA | .00 | .00 |
| NORTHERN STAR THERAPY | Unsecured | 155.05 | NA | NA | .00 | .00 |
| PHH MORTGAGE COMPANY | Secured | 98,466.00 | 9,592.31 | 9,592.31 | 9,592.31 | .00 |
| PRA - PORTFOLIO RECOVERY ASSOCI/ | Unsecured | 3,181.00 | 3,190.46 | 3,190.46 | 6.22 | .00 |
| PRA - PORTFOLIO RECOVERY ASSOCI/ | Unsecured | 287.00 | 289.15 | 289.15 | .58 | .00 |
| PRA - PORTFOLIO RECOVERY ASSOCI/ | Unsecured | 3,244.00 | 3,206.50 | 3,206.50 | 6.25 | .00 |
| QWEST | Unsecured | NA | NA | NA | .00 | .00 |
| REGIONAL DIAGNOSTIC RADIOLOGY | Unsecured | 678.44 | 106.98 | 106.98 | .23 | .00 |

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
DULUTH DIVISION

In re: ALLEN JAY SCHLIEN
       LORI DEE SCHLIEN
            Debtor(s)

Case No.: 08-51026-RJK

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RESURGENT CAPITAL SERVICES | Unsecured | 1,366.00 | 1,372.81 | 1,372.81 | 2.67 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 2,686.90 | 2,686.90 | 2,686.90 | 5.24 | .00 |
| ROUNDPOINT MORTGAGE | Secured | 68,613.00 | 1,178.00 | 1,178.00 | 1,178.00 | .00 |
| SECURITY CHECK LLC | Unsecured | 917.00 | NA | NA | .00 | .00 |
| ST CLOUD HOSPITAL | Unsecured | 218.29 | NA | NA | .00 | .00 |
| ST CLOUD HOSPITAL | Unsecured | 10,000.00 | 11,103.74 | 11,103.74 | 21.66 | .00 |
| TSYS DEBT MANAGEMENT | Unsecured | 1,958.00 | NA | NA | .00 | .00 |
| TSYS DEBT MANAGEMENT | Unsecured | NA | 2,221.26 | 2,221.26 | 4.33 | .00 |
| UNITED RECOVERY SYSTEMS | Unsecured | NA | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIAL | Unsecured | 1,607.14 | NA | NA | .00 | .00 |
| ZENITH ACQUISITION | Unsecured | 1,444.00 | NA | NA | .00 | .00 |
| ZENITH ACQUISITION | Unsecured | 2,096.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 10,770.31 | 10,770.31 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 10,770.31 | 10,770.31 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 7,061.94 | 7,061.94 | .00 |
| **TOTAL PRIORITY:** | 7,061.94 | 7,061.94 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 66,826.79 | 128.69 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $5,361.06 |
| Disbursements to Creditors: | $17,960.94 |
| **TOTAL DISBURSEMENTS:** | $23,322.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  01/15/2014          By:  /s/KYLE L CARLSON
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.